

**Curtis, Mallet-Prevost, Colt & Mosle LLP**

| | | | |
|---|---|---|---|
| Almaty | Houston | 1717 Pennsylvania Avenue, N.W. | Telephone +1 202 452 7373 |
| Astana | London | Washington, D.C. 20006 | Facsimile +1 202 452 7333 |
| Beijing | Mexico City | | www.curtis.com |
| Bogotá | Milan | | |
| Brussels | Muscat | | |
| Buenos Aires | New York | | **Daniel L. Porter** |
| Dubai | Paris | | Tel: +1 202 452 7340 |
| Frankfurt | Riyadh | | Fax: +1 202 452 7333 |
| Geneva | Rome | | E-Mail: dporter@curtis.com |

January 2, 2025

**VIA ECF**

Mr. Jarrett B. Perlow
Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

> Re: *Pirelli Tyre Co., Ltd., et al. v. United States, et al.*, No. 2023-2266:
> Rule 28(j) Letter

Dear Mr. Perlow:

In accordance with Federal Rule of Appellate Procedure 28(j), Appellants in the above-referenced appeal submit this letter to advise the Court of the relevance of the U.S. Supreme Court's decision in *Loper Bright Enters. v. Raimondo*, 144 S. Ct. 2244 (2024), which was issued at the end of the Supreme Court's last term after the parties completed briefing in this appeal.

In *Loper Bright*, the Supreme Court reaffirmed the "elemental proposition" that "courts decide legal questions by applying their own judgment," even in cases involving review of agency actions. 144 S. Ct. at 2261. The Court thus held that "'the reviewing court'—not the agency whose action it reviews—is to 'decide all relevant questions of law.'" *Id*. at 2265 (citation omitted). *Loper Bright* thus confirms that this Court must apply its own judgment, rather than defer to Commerce, in deciding whether the multi-factor legal test in Policy Bulletin 05.1 requires that each factor be analyzed with a focus on whether "respondent is subject to *de facto* governmental control of its export functions." As Appellants have argued, "Commerce's application of the test announced in Policy Bulletin 05.1 was legally flawed and failed to link Commerce's theory of control to export activities." Appellants' Br. 21; *see also id*. 20-30; Reply 4-8 (identifying one of the "key legal issues" in this appeal as "what Policy Bulletin 05.1 states Commerce must examine in making its determinations").



Yours truly,

/s/ Daniel L. Porter

Daniel L. Porter

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
1717 Pennsylvania Avenue, NW
Washington, D.C., 20006

*Counsel for Pirelli Tyre Co. Ltd., Pirelli Tyre S.p.A., and Pirelli Tire LLC*