# United States Court of Appeals for the Federal Circuit

---

**PIRELLI TYRE CO., LTD., PIRELLI TYRE S.P.A., PIRELLI TIRE LLC,**
*Plaintiffs-Appellants*

**SHANDONG NEW CONTINENT TIRE CO., LTD.,**
*Plaintiff*

**v.**

**UNITED STATES, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC,**
*Defendants-Appellees*

---

2023-2266

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00115-JCG, Judge Jennifer Choe-Groves.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

February 11, 2025
Date

Jarrett B. Perlow
Clerk of Court